UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>NEHEMIAN UZIEL GONZALEZ,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 3:24-CR-122-TAV-JEM |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation as appropriate. This case is before the Court on Defendant's Unopposed Motion to Correct Case Caption [Doc. 63]. Defendant seeks to amend his name in the caption of the case from "Nehemian Uziel Gonzalez" to "Nehemiah Uziel Gonzalez" [*Id.*]. Defendant's motion states the Government has no opposition to the motion [*Id.*].

Defendant was charged by Indictment on November 6, 2024 [Doc. 2]. "[A]n indictment may not be amended except by resubmission to the grand jury, unless the change is merely a matter of form." *Russell v. United States*, 369 U.S. 749, 770 (1962). Correcting the name of a Defendant in the caption of the Indictment is a matter of form, not substance, making amendment permissible here. *United States v. Rosenbaum*, 628 F. App'x 923, 929–30 (6th Cir. 2015) (affirming three amendments to the indictment—the name of a credit card company, the date, and the name of a loan package—because they were clerical errors), *cert. denied*, 577 U.S. 1091 (2016); *Short v. United States*, 471 F.3d 686, 693 (6th Cir. 2006) (citation omitted); *United States v. Campbell*, 235 F. Supp. 94, 96 (E.D. Tenn. 1964).

The Court **GRANTS** the Motion to Correct Case Caption [Doc. 63]. The caption Indictment is hereby construed as reflecting the proper name of the Defendant as **NEHEMIAH UZIEL GONZALEZ**. The Clerk of Court is **DIRECTED** to correct the docket accordingly.

**IT IS SO ORDERED.**

ENTER:

Jill E. McCook
United States Magistrate Judge